PEOPLE ex rel. HENDERSON, Appellant, v. YORK et al., Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Proceedings by the people of the state of New York, on the relation of John C. Henderson, against Bernard J. York and others. L. J. Grant. for appellant. W. B. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.